# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SASHA GRIMES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMFORCARE HOME CARE[1], ) <br> ) <br> Defendant. ) | Case No. 2:21-cv-02088 <br><br> Removed from the Johnson County District Court <br> Case 20CV04758 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant ChoiceCare, LLC ("Defendant"), appears in the above-captioned action for the purpose of removing to the United States District Court for the District of Kansas the action styled *Sasha Grimes v. ComForCare Home Care*, Case No. 20CV04758 currently pending in the District Court of Johnson County, Kansas. Defendant removes this case on the basis of federal question jurisdiction. In support of its Notice of Removal, Defendant states as follows:

## BACKGROUND

1. On November 16, 2020, Plaintiff commenced the above-captioned action in the District Court of Johnson County, Kansas by filing her Petition in the action styled *Sasha Grimes v. ComForCare Home Care*, Case No. 20CV04758.

2. On January 26, 2021, Plaintiff served Defendant with a summons and a copy of the Petition.

3. As required under 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served on Defendant are attached as **Exhibit A**.

---

[1] "COMFORCARE HOME CARE" is not a legal entity registered to do business in Kansas, nor is it an appropriate party to this action. Rather, ChoiceCare, LLC is the true interested defendant. Accordingly, this document is submitted on behalf of ChoiceCare, LLC.

4. A true and correct copy of all pleadings the filed in the District Court for Johnson County, State of Kansas, are attached to this Notice of Removal as **Exhibit B**.

5. Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant's removal of this action is timely as this removal was filed within 30 days of service of the Petition upon Defendant.

6. Plaintiff's Petition alleges gender/pregnancy discrimination under Title VII of the Civil Rights Act of 1964 ("Title VII") (Count I); disability discrimination under the Americans with Disabilities Act ("ADA") (Count II); race discrimination under 42 U.S.C. § 1981 ("Section 1981") and Title VII (Count III); and retaliation under Section 1981, Title VII and the ADA (Count IV).

7. Removal is proper under 28 U.S.C. § 1331 because this action arises under federal law.

8. The District Court for Johnson County, State of Kansas, in which this action was initially commenced, is within this Court's jurisdiction and division.

9. Because the Court has original jurisdiction over this matter, pursuant to 28 U.S.C. §§ 1331 and 1446, and because all other prerequisites for removal of this case to the Federal Court have been fulfilled, this matter may be removed to the United States District Court for the District of Kansas pursuant to 28 U.S.C. § 1441.

10. Defendant preserves all other bases for removal of this action to this Court.

## FEDERAL QUESTION JURISDICTION

11. This action is properly removable under 28 U.S.C. §1441(a) because this Court has original jurisdiction in this case under 28 U.S.C. § 1331, which provides that the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States," and 28 U.S.C. § 1337, which provides that the "district courts shall

have original jurisdiction of any civil action or proceeding arising under any Act of Congress regulating commerce . . . ."

12. The determination of whether a claim "arises under" federal law must be made by reference to the "well-pleaded complaint." *Merrell Dow Pharm. Inc. v. Thompson*, 478 U.S. 804, 808 (1986).

13. Plaintiff's Petition alleges claims under several federal laws, including Section 1981, Title VII, and the ADA. (*See* Petition, Counts I through IV.) By asserting claims under federal law, Plaintiff's Petition asserts federal questions under 28 U.S.C. §§ 1331 and 1337 and this action is, therefore, removable pursuant to 28 U.S.C. §1441(a).

## **CONCLUSION**

14. Defendant properly removes this case to federal court pursuant to 28 U.S.C. § 1331 because all claims in the Petition raise a claim under federal law.

15. After filing this Notice of Removal, Defendant will promptly give notice in to Plaintiff Sasha Grimes and will file a copy of this Notice of Removal with the Clerk of the District Court of Johnson County, Kansas.

WHEREFORE, Defendant respectfully requests this Court assume control over this action, as this action is properly removed.

Respectfully submitted,

/s/ AnnRene S. Coughlin
Patrick F. Hulla			KS #16230
AnnRene S. Coughlin		KS #27152
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO  64111
816.471.1301
816.471.1303 *(Facsimile)*
patrick.hulla@ogletree.com
annrene.coughlin@ogletree.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of February 2021, a copy of the above and foregoing was sent via email to the following:

Gerald Gray II		KS #26749
G. GRAY LAW, LLC
104 W. 9th Street, Suite 401
Kansas City, MO 64105
816.888.3145
816.817.4683 (*Facsimile*)
ggraylaw@outlook.com

**ATTORNEYS FOR PLAINTIFF**

/s/ AnnRene Coughlin
**ATTORNEYS FOR DEFENDANT**

45162176.1