**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SASHA GRIMES, | ) |
|             **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. 2:21-cv-02088-KHV-ADM |
| COMFORCARE HOME CARE[1], | ) ) ) |
|             **Defendant.** | ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), it is hereby stipulated and agreed, by and between the parties, that this action is dismissed with prejudice. This dismissal with prejudice includes all claims asserted by Plaintiff Sasha Grimes. Each party is to bear its own costs and attorneys' fees.

DATED: October 29, 2021

Respectfully submitted,

/s/ *Gerald Gray II*
Gerald Gray II, KS #26749
G. GRAY LAW, LLC
104 W. 9th Street, Suite 401
Kansas City, MO 64105
816.888.3145
816.817.4683 (*Facsimile*)
ggraylaw@outlook.com

**ATTORNEYS FOR PLAINTIFF**

/s/AnnRene Coughlin
Patrick F. Hulla, KS #16230
AnnRene S. Coughlin, KS #27152
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
816.471.1301
816.471.1303 *(Facsimile)*
patrick.hulla@ogletree.com
annrene.coughlin@ogletree.com

**ATTORNEYS FOR DEFENDANT**

---

[1] "COMFORCARE HOME CARE" is not a legal entity registered to do business in Kansas, nor is it an appropriate party to this action. Rather, ChoiceCare, LLC is the true interested defendant. Accordingly, this document is submitted on behalf of ChoiceCare, LLC.

**CERTIFICATE OF SERVICE**

   The undersigned certifies that on this 29th day of October 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent notification of such filing to the following:

Patrick F. Hulla    KS #16230
AnnRene S. Coughlin  KS #27152
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO  64111
816.471.1301
816.471.1303 *(Facsimile)*
patrick.hulla@ogletree.com
annrene.coughlin@ogletree.com

**ATTORNEYS FOR DEFENDANT**

             /s/ *Gerald Gray II*
             **ATTORNEY PLAINTIFF**